UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 28, 2016 |
| **Bankruptcy Case No.** | 16-24884 | **Adversary No.** | |
| **Title of Case** | Julio and Hilda Carrion | | |

**Brief Statement of Motion:** Modification of Chapter 13 Plan

**Names and Addresses of moving counsel:** DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL 60090

**Representing:** DEBTOR(S)

## ORDER

1. The plan is modified in Section G to add:

   "4. General Unsecured Claims shall be paid a minimum of $8,400.00 total."

2. The plan is modified in Section E.8 to provide that General Unsecured Claims shall be paid not less than 10% of their allowed amount.

28 OCT 2016

6/11/99